IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON V. SANTIBANEZ,

    Petitioner,                    No. CIV S-06-0766 LKK DAD P

    vs.

JEANNE WOODFORD, et al.,

    Respondents.                ORDER

_____/

        The undersigned has recommended that petitioner's application for a writ of habeas corpus be denied as second or successive. Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's April 19, 2006 second application to proceed in forma pauperis is denied; and

        2. Petitioner's April 19, 2006 motion for evidentiary hearing is denied.

DATED: April 25, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
sant0766.mots